UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ  08650
609-587-6888

In re:

Margo Karpontinis

Debtor

Case No.: 15-10008 / KCF

Chapter:  13

Judge: Kathryn C. Ferguson

# NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the court in the amount of $822.74, payable to the Clerk, United States Bankruptcy Court.  The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Singh Real Estate<br>525 Route 73 North<br>Marlton, NJ  08053 | $822.74 |

DATED:  5/3/2018

/s/   Albert Russo
Albert Russo
Standing Chapter 13 Trustee